CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 03 2004
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
NOVEMBER 2004, SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 3:04CR00084 |
| | : |
| CHARLES O. BUDLONG, and | :In violation of: |
| MITCHELL A. BUDLONG | : Title 18, U.S.C., § 1029(a)(5) |
| | : and 1029(b)(2) |
| | : Title 18, U.S.C., § 371 |

**INDICTMENT**

COUNT ONE

The Grand Jury charges:

1. That from or about September 2004, and continuing through the date of this indictment, in the Western District of Virginia and elsewhere, the defendants, CHARLES O. BUDLONG and MITCHELL A. BUDLONG, knowingly and with intent to defraud attempted and/or combined, conspired, confederated and agreed together with each other, and with other persons unknown to the Grand Jury, to commit the following offenses against the United States, to wit: to knowingly and with intent to defraud to effect transactions with one or more access devices issued to another person or persons, namely a number of credit cards, Nos. 4828700749639024 (Wachovia Debit Card, "Card 1"); 5491-1303-9625-9954 (AT&T Universal "Card

2"); 5437-0306-0784-9501 (GM Card "Card 3"); 5180-1274-1655-003 (Shell Gas Card "Card 4"); 4108-9400-0437-9327 (Visa "Card 5"); 4264-2931-4907-9950 (MBNA:LL Bean "Card 6"); 5491-1300-1622-7134 (AT&T "Card 7"); 5473-5720-0106-0164 (Capitol One Mastercard "Card 8"); 4003-4421-7248-6790 (Visa "Card 9")used to obtain payment or any other thing of value during any one-year period the aggregate value of which is equal to or greater than one thousand dollars ($1,000),said use affecting interstate commerce in that some of the companies that issued the above-referenced credit cards were located outside of the Commonwealth of Virginia and all of them conducted their business both inside and outside the Commonwealth of Virginia, in violation of Title 18, United States Code Sections 1029(a)5 and 1029(b)(2).

2. All in violation of Title 18, United States Code, Section 371.

NOTICE OF SPECIAL FINDING

Pursuant to the provisions of Section 2B1.1 of the United States Sentencing Guidelines, the Grand Jury further finds that the loss attributable to the offense is greater than ten thousand dollars ($10,000.00).

FOREPERSON

UNITED STATES ATTORNEY

By