# U.S. District Court
# Western District of Virginia (Charlottesville)
# CRIMINAL DOCKET FOR CASE #: 3:04-cr-00084-nkm-ALL
# Internal Use Only

Case title: USA v. Budlong et al
Magistrate judge case numbers: 3:04-mj-00367-bwc
3:04-mj-00368-bwc

Date Filed: 11/03/2004

---

Assigned to: Judge Norman K. Moon

**Defendant**

**Charles O. Budlong** (1)
*TERMINATED: 03/31/2005*

represented by **Frederick Theodore Heblich, Jr.**
FEDERAL PUBLIC DEFENDERS OFFICE
SUITE 106
401 E MARKET ST
CHARLOTTESILLVE, VA 22902
US
434-220-3380
Fax: 434-220-3390
Email: fred_heblich@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES-- knowingly conspired to use one or more access devices ((11/3/03)<br>(1) | CBOP: 10 months; S/R: 3 years; FINE: Waived; S/A: $100; Restitution $25,299.41 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

18:1029A.F-Conspire, confederate, and agree with another to knowingly and with intent to defraud use one or more unauthorized access devices during any one-year period, and by such conduct obtain anything of value aggregating $1,000.00 or more during that period.

---

Assigned to: Judge Norman K. Moon

**Defendant**

**Mitchell Alan Budlong** (2)
*TERMINATED: 03/31/2005*

represented by **Edward H. Childress**
EDWARD H. CHILDRESS, ATTORNEY AT LAW CORPORATION
801 EAST JEFFERSON STREET
CHARLOTTESVILLE, VA 22902
434-296-2974
Fax: 434-977-2874
Email: ehch1@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES-- knowingly conspired to use one or more access devices ((11/3/03) (1) | CBOP: 8 months; S/R: 3 years; FINE: Waived; S/A: $100; Restitution: $25, 299.41 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1029A.F-Conspire, confederate and agree with another to knowingly and with intent to defraud use one or more unauthorized access devices during any | |

one-year period, and by such conduct obtain anything of value aggregating ,000.00 or more during that period.

---

**Plaintiff**

**USA**

represented by **Jean Barrett Hudson**
UNITED STATES ATTORNEYS OFFICE
255 WEST MAIN STREET
CHARLOTTESVILLE, VA 22902
434-293-4283
Fax: 434-293-4910
Email: jean.hudson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2004 | 1 | COMPLAINT with Affidavit as to Mitchell Alan Budlong (1). (hnw, ) [3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 2 | Minute Entry for proceedings held before Judge B. Waugh Crigler :Initial Appearance as to Mitchell Alan Budlong held on 10/12/2004 (Court Reporter Sonia Ferris.) (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 3 | CJA 23 Financial Affidavit by Mitchell Alan Budlong (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 4 | ORDER OF TEMPORARY DETENTION as to Mitchell Alan Budlong Detention Hearing set for 10/14/2004 09:30 AM in Charlottesville before Magistrate Judge B. Waugh Crigler.. Signed by Judge B. Waugh Crigler on 10/12/04. (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 5 | NOTICE OF HEARING as to Mitchell Alan Budlong Detention Hearing set for 10/14/2004 09:30 AM in Charlottesville before Magistrate Judge B. Waugh Crigler. Preliminary Examination set for 10/14/2004 09:30 AM in Charlottesville before Magistrate Judge B[3:04. Waugh Crigler. (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 1 | COMPLAINT and affidavit as to Charles O. Budlong (1). (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 2 | Minute Entry for proceedings held before Judge B. Waugh Crigler :Initial Appearance as to Charles O. Budlong held on 10/12/2004 (Court Reporter Sonia Ferris.) (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 3 | CJA 23 Financial Affidavit by Charles O. Budlong (hnw, )[3:04-mj- |

| | | |
|---|---|---|
| | | 00368-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 4 | ORDER OF TEMPORARY DETENTION as to Charles O. Budlong Detention Hearing set for 10/14/2004 09:30 AM in Charlottesville before Magistrate Judge B. Waugh Crigler.. Signed by Judge B. Waugh Crigler on 10/12/04. (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/12/2004 | 5 | NOTICE OF HEARING as to Charles O. Budlong Bond Hearing set for 10/14/2004 09:30 AM in Charlottesville before Magistrate Judge B. Waugh Crigler. Preliminary Examination set for 10/14/2004 09:30 AM in Charlottesville before Magistrate Judge B. Waugh [3:04Crigler. (hnw, ) [3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | 6 | Minute Entry for proceedings held before Judge B. Waugh Crigler :Bond Hearing as to Mitchell Alan Budlong held on 10/14/2004.Defendant having waived preliminary exam. (Court Reporter Sonia Ferris.) (hnw, ) [3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | 7 | WAIVER of Preliminary Examination or Hearing by Mitchell Alan Budlong (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | 8 | ORDER OF DETENTION PENDING TRIAL as to Mitchell Alan Budlong . Signed by Judge B. Waugh Crigler on 10/14/04. (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | | ***Location start as to Mitchell Alan Budlong (hnw, )[3:04-mj-00367-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | 6 | Minute Entry for proceedings held before Judge B. Waugh Crigler :Bond Hearing as to Charles O. Budlong held on 10/14/2004 (Court Reporter Sonia Ferris.) (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | 7 | WAIVER of Preliminary Examination or Hearing by Charles O. Budlong (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | 8 | ORDER OF DETENTION PENDING TRIAL as to Charles O. Budlong . Signed by Judge B. Waugh Crigler on 10/14/04. (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/14/2004 | | ***Location start as to Charles O. Budlong (hnw, )[3:04-mj-00368-bwc] (Entered: 10/20/2004) |
| 10/21/2004 | 9 | ***Court Reporter Notes for Case Number 3:04MJ367 held before Judge B. Waugh Crigler, on 10/12/04 Court Reporter: Sonia Ferris. Carton: 31. (hnw, )[3:04-mj-00367-bwc] |
| 10/21/2004 | 9 | ***Court Reporter Notes for Case Number 3:04MJ368 held before Judge B. Waugh Crigler, on 10/12/04 Court Reporter: Sonia Ferris. Carton: 31. (hnw, )[3:04-mj-00368-bwc] |
| 10/22/2004 | 10 | CJA 20 as to Mitchell Alan Budlong : Appointment of Attorney Edward H. Childress for Mitchell Alan Budlong. . Signed by Judge B. Waugh Crigler on 10/13/04. (hnw, )[3:04-mj-00367-bwc] |
| 10/22/2004 | 10 | CJA 20 as to Charles O. Budlong : Appointment of Attorney Frederick |

| | | |
|---|---|---|
| | | Theodore Heblich for Charles O. Budlong. . Signed by Judge B. Waugh Crigler on 10/13/04. (hnw, )[3:04-mj-00368-bwc] |
| 10/25/2004 | 11 | ***Court Reporter Notes for Case Number 3:04MJ00367 held before Judge B. Waugh Crigler, on 10/14/04 Court Reporter: Sonia Ferris. Carton: 31. (hnw, )[3:04-mj-00367-bwc] |
| 10/25/2004 | 11 | ***Court Reporter Notes for Case Number 3:04MJ368 held before Judge B. Waugh Crigler, on 10/14/04 Court Reporter: Sonia Ferris. Carton: 31. (hnw, )[3:04-mj-00368-bwc] |
| 11/03/2004 | 12 | ***Data Sheet for Charles O. Budlong (mab, ) |
| 11/03/2004 | 13 | ***Data Sheet for Mitchell Alan Budlong (mab, ) Modified on 11/3/2004 (mab, ). |
| 11/03/2004 | 14 | INDICTMENT as to Charles O. Budlong (1) count(s) 1, Mitchell Alan Budlong (2) count(s) 1. (mab, ) |
| 11/04/2004 | 15 | Arrest warrant to be filed as detainer with Albemarle/Charlottesville Joint Security Complex issued by B. Waugh Crigler as to Charles O. Budlong. (mab, ) |
| 11/04/2004 | 16 | Arrest Warrant to be filed as detainer with Albemarle/Charlottesville Joint Security Complex Issued by B. Waugh Crigler as to Mitchell Alan Budlong. (mab, ) |
| 11/10/2004 | 17 | NOTICE OF HEARING as to Mitchell Alan Budlong, Charles O. Budlong Arraignment set for 11/16/2004 10:00 AM in Charlottesville before Magistrate Judge B. Waugh Crigler. (mab, ) |
| 11/16/2004 | 18 | Minute Entry for proceedings held before Judge B. Waugh Crigler :Arraignment as to Charles O. Budlong (1) Count 1 held on 11/16/2004. Defendant remanded to custody. (Court Reporter Sonia Ferris, OCR.) (mab, ) |
| 11/16/2004 | 19 | ORDER OF DETENTION PENDING TRIAL as to Charles O. Budlong . Signed by Judge B. Waugh Crigler on 11/16/2004. (mab, ) |
| 11/16/2004 | 20 | Minute Entry for proceedings held before Judge B. Waugh Crigler :Arraignment as to Mitchell Alan Budlong (2) Count 1 held on 11/16/2004. Defendant remanded to custody. (Court Reporter Sonia Ferris, OCR.) (mab ) |
| 11/16/2004 | 21 | ORDER OF DETENTION PENDING TRIAL as to Mitchell Alan Budlong . Signed by Judge B. Waugh Crigler on 11/16/2004. (mab, ) |
| 11/16/2004 | 22 | ***Court Reporter Notes for Case Number 3-4-cr-84 held before Judge B Waugh Crigler, on 11/16/04 Court Reporter: Sonia Ferris. OCR. Carton: 31. (mab, ) |
| 11/22/2004 | 23 | Arrest Warrant Returned Unexecuted as to Mitchell Alan Budlong. (mab, ) |
| 12/02/2004 | 24 | NOTICE OF HEARING as to Mitchell Alan Budlong, Charles O. |

| | | |
|---|---|---|
| | | Budlong : Change of Plea Hearing set for 12/20/2004 09:30 AM in Charlottesville before Judge Norman K. Moon. (sfc) |
| 12/20/2004 | 25 | Minute Entry for proceedings held before Judge Norman K. Moon :Guilty Plea Hearing as to Mitchell Alan Budlong, Charles O. Budlong held on 12/20/2004, Plea entered by Mitchell Alan Budlong (2) Guilty Count 1 and Charles O. Budlong (1) Guilty Count 1. Sentencing set for 3/24/2005 10:30 AM in Charlottesville before Judge Norman K. Moon. (Court Reporter Sonia Ferris, OCR.) (mab, ) (Entered: 12/21/2004) |
| 12/20/2004 | 26 | PLEA AGREEMENT as to Charles O. Budlong (mab, ) (Entered: 12/21/2004) |
| 12/20/2004 | 27 | Guilty Plea Form as to Charles O. Budlong (mab, ) (Entered: 12/21/2004) |
| 12/20/2004 | 28 | PLEA AGREEMENT as to Mitchell Alan Budlong (mab, ) (Entered: 12/21/2004) |
| 12/20/2004 | 29 | Guilty Plea Form as to Mitchell Alan Budlong (mab, ) (Entered: 12/21/2004) |
| 12/21/2004 | 30 | NOTICE OF HEARING as to Mitchell Alan Budlong, Charles O. Budlong : Sentencings set for 3/24/2005 10:30 AM in Charlottesville before Judge Norman K. Moon. (sfc, ) |
| 12/21/2004 | 31 | ***Court Reporter Notes for Case Number 3-4-cr-84, all defendants held before Judge Norman K Moon, on 12/20/04 Court Reporter: Sonia Ferris, OCR. Carton: 31. (mab, ) |
| 01/25/2005 | 32 | Arrest Warrant Returned Unexecuted as to Charles O. Budlong. (mab, ) |
| 03/24/2005 | 33 | Minute Entry for proceedings held before Judge Norman K. Moon :Sentencing held on 3/24/2005 for Charles O. Budlong (1), Count (s) 1, CBOP: 10 months; S/R: 3 years; FINE: Waived; S/A: $100; Restitution $25,299.41. Defendant remanded to custody. (Court Reporter Sonia Ferris, OCR.) (mab, ) (Entered: 03/31/2005) |
| 03/24/2005 | 34 | Minute Entry for proceedings held before Judge Norman K. Moon :Sentencing held on 3/24/2005 for Mitchell Alan Budlong (2), Count(s) 1, CBOP: 8 months; S/R: 3 years; FINE: Waived; S/A: $100; Restitution: $25, 299.41. Defendant remanded to custody. (Court Reporter Sonia Ferris, OCR.) (mab, ) (Entered: 03/31/2005) |
| 03/31/2005 | 35 | JUDGMENT as to Charles O. Budlong (1), Count(s) 1, CBOP: 10 months; S/R: 3 years; FINE: Waived; S/A: $100; Restitution $25,299.41 . Signed by Judge Norman K. Moon on 3/31/2005. (mab, ) |
| 03/31/2005 | 36 | JUDGMENT as to Mitchell Alan Budlong (2), Count(s) 1, CBOP: 8 months; S/R: 3 years; FINE: Waived; S/A: $100; Restitution: $25, 299.41 . Signed by Judge Norman K. Moon on 3/31/2005. (mab, ) |
| 04/06/2005 | 37 | ***Court Reporter Notes for Charles Omar Budlong and Mitchell Alan Budlong; Sentencings; held before Judge Norman K Moon, on 3/24/2005 |

| | | |
|---|---|---|
| | | Court Reporter: Sonia Ferris, OCR. Carton: 32. (mab, ) |
| 04/11/2005 | 38 | ***Court Reporter Notes for Case Number 3:04CR00084 held before Judge Norman K. Moon, on 3/24/05 Court Reporter: Sonia Ferris. Carton: 32. (hnw, ) |
| 05/31/2005 | 39 | Judgment Returned Executed as to Mitchell Alan Budlong on 5/18/2005. (mab, ) |
| 04/02/2007 | 40 | Supervised Release/Probation Jurisdiction Transferred to Rhode Island as to Mitchell Alan Budlong Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (hnw, ) |